UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARA SIMMONS, as Administrator with Will Annexed of the Estate of ALICE M. CROXFORD, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA.,<br><br>    Defendant. | Case No. 08-cv-22-JPG |

## **JUDGMENT**

This matter having come before the Court, and the Court having dismissed this action for lack of jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

**NORBERT JAWORSKI**

**DATED:  July 24, 2008**               By:s/Deborah Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**